#1-03300/65579-RDT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| EDMUND MARTIN and MARION MARTIN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) NO. 1:08-cv-01217-JDB ) |
| BANKERS LIFE AND CASUALTY COMPANY, INC., | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Come now the parties, by and through counsel, pursuant to Local Rule 83.8, and provide notice to this Court that the parties have reached a settlement in this case. The parties further state that a Stipulation of Dismissal will be filed with the Court following the parties' negotiation of the language and subsequent execution of the settlement documents.

Respectfully submitted,

WALDROP & HALL, PA

By: _____s/ Wesley A. Clayton w/ prm_____
WESLEY A. CLAYTON, BPR #010406
JOEL GREGORY BUSH, JR., BPR #026222
*Attorneys for Plaintiffs*
106 S. Liberty Street
P.O. Box 726
Jackson, TN  38302-0726
(731) 424-6211
*claytonw@waldrophall.com*
*bushj@waldrophall.com*

#2-03300/65579-RDT

                       RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:      s/ R. Dale Thomas
       R. DALE THOMAS, BPR #013439
       JESSE D. NELSON, BPR #025602
       *Attorneys for Defendant*
       209 East Main Street
       P. O. Box 1147
       Jackson, TN  38302-1147
       (731) 423-2414
       *dthomas@raineykizer.com*
       *jnelson@raineykizer.com*