# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

EDMUND MARTIN and
MARION MARTIN

**JUDGMENT IN A CIVIL CASE**

v.

BANKERS LIFE AND CASUALTY
COMPANY, INC.

CASE NUMBER:    08-1217-B

**Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in accordance with the Stipulation entered in the above-styled matter on November 21, 2008, this case is hereby DISMISSED WITH PREJUDICE.

APPROVED:

    s/ J. Daniel Breen
    UNITED STATES DISTRICT JUDGE



    THOMAS M. GOULD
    CLERK


BY:   s/Emily J. Strope
    DEPUTY CLERK